BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
(916) 554-2700 Main
(916) 554-2900 Facsimile

Attorneys for Secretary of the Army

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSLYN G. McCOY, | CASE NO. 2:09-CV-01973 LKK-CMK |
| Plaintiff, | **NOTICE OF SUBSTITUTION OF DEFENDANT AND ORDER** |
| v. | |
| DEPARTMENT OF THE ARMY CORPS-ARMY CORPS OF ENGINEERS and the HONORABLE PETE GEREN, SECRETARY OF THE ARMY, collectively, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Preston M. "Pete" Geren resigned from his position as Secretary of the Army. On September 21, 2009, the Honorable John M. McHugh was confirmed as Secretary of the Army.

Accordingly, pursuant to Fed. R. Civ. P. 25(d)(1), John H. McHugh will be substituted as defendant in place of Preston M. "Pete" Geren, and all further proceedings in this action "shall be in the name of the substituted party." Defendant John H. McHugh further requests that the caption used in this case be modified to reflect this substitution.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Notice of Substitution                    -1-

Date: November 30, 2009     */s/ Todd A. Pickles*
By: TODD A. PICKLES
Assistant United States Attorney

Attorneys for Secretary of the Army

## ORDER

Pursuant to Federal Rule of Civil Procedure 25(d)(1), John H. McHugh is substituted for Pete Geren, and the caption used in this case shall be so modified.

**IT IS SO ORDERED.**

  **DATED:  December 4, 2009**

_____
**CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE**

Notice of Substitution                              -2-

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the office of the United States Attorney for the Eastern District of California, and is of such age and discretion to be competent to serve papers.

That on **November 30, 2009**, she served a copy of:

**NOTICE OF SUBSTITUTION OF DEFENDANT AND [PROPOSED] ORDER**

by placing said copy in an envelope addressed to the persons at the place and addresses shown below, which are the last known addressees, and deposited said envelopes and in the United States mail in Sacramento, California.

**Addressee(s):**

Roslyn G. McCoy
404 E. Lake St.
Mount Shasta, CA 96097

*/s/ Karen James*
KAREN JAMES
Legal Assistant
United States Attorney's Office
Eastern District of California

Notice of Substitution                    -3-