```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  TODD A. PICKLES
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  (916) 554-2700 Main
    (916) 554-2900 Facsimile
 5
    Attorneys for the Secretary of the Army
 6
 7
 8                IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  ROSLYN G. McCOY,                      CASE NO.  2:09-CV-01973 LKK-CMK
12         Plaintiff,                     STIPULATION TO PERMIT THE
                                          SECRETARY TO FILE ANSWER; ORDER
13  v.                                    THERETO
14  DEPARTMENT OF THE ARMY CORPS-
    ARMY CORPS OF ENGINEERS and the
15  HONORABLE JOHN M. McHUGH,
    SECRETARY OF THE ARMY,
16  collectively,
17         Defendants.
18
19
20        Plaintiff Roslyn McCoy, and Defendant John M. McHugh, Secretary of the Army ("Secretary"),
21  through their respective counsel, hereby respectfully submit the following stipulation to permit the
22  Secretary to file his Answer to Plaintiff's First Amended Complaint.
23                                   RECITALS
24        1    On June 8, 2010, the Court entered an order permitting Plaintiff to file a First Amended
25  Complaint.  The Secretary was provided twenty (20) days to file a responsive pleading.
26        2.   On June 17, 2010, Plaintiff filed her First Amended Complaint.  Pursuant to the Court's
27  June 8, 2010 order, the Secretary's responsive pleadings was due on or before July 1, 2010.
28
```

1   3.	Due to a calendaring error, the undersigned did not track the date for filing responsive
2   pleadings.  No responsive pleading was filed within the time set by the Court.
3   4.	On September 2, 2010, in the course of reviewing the file for this case, the undersigned
4   counsel for the Secretary realized his error and prepared an answer to the First Amended Complaint, a
5   copy of which is attached hereto as Exhibit A.  On September 2, 2010, the undersigned counsel for the
6   Secretary contacted counsel for Plaintiff about this error.
7   5.	The Secretary has raised no affirmative defenses that were not otherwise raised in his
8   answer to Plaintiff's original complaint.  Nor has the Secretary changed his responses to any substantive
9   allegations.
10  6.	The parties agree that it is in the interests of justice to permit the Secretary to file his
11  Answer to the First Amended Complaint.  The filing of the Answer does not alter any deadlines or
12  otherwise impact the Court's schedule for this case.

### STIPULATION AND REQUEST

Based on the foregoing, the parties hereby stipulate and request that the Secretary be permitted to file the attached Answer.

IT IS SO STIPULATED.

　　　　　　　　　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　United States Attorney

Date: September 3, 2010           */s/ Todd A. Pickles*
                                  By: TODD A. PICKLES
                                  Assistant United States Attorney

                                  Attorneys for Secretary of the Army


Date: September 3, 2010           */s/ John S. Ota*
                                  By: JOHN OTA

                                  Attorney for Plaintiff

**ORDER**

This matter came before the Court on the parties' Stipulation To Permit The Secretary To File Answer. For the reasons stated in the Stipulation and for good cause showing, the Court ADOPTS the Stipulation and GRANTS the relief requested therein.

Accordingly, IT IS HEREBY ORDERED THAT the Secretary is permitted to file the Answer attached as Exhibit A to the Stipulation. Such answer shall be filed within three (3) court days of entry of this Order.

IT IS SO ORDERED.

DATED: September 14, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE