BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
(916) 554-2700 Main
(916) 554-2900 Facsimile

Attorneys for the Secretary of the Army

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSLYN G. McCOY,<br><br>  Plaintiff,<br><br>v.<br><br>DEPARTMENT OF THE ARMY CORPS-ARMY CORPS OF ENGINEERS and the HONORABLE PETE GEREN, SECRETARY OF THE ARMY, collectively,<br><br>  Defendants. | CASE NO.  2:09-CV-01973 LKK-CMK<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S SECOND AMENDED COMPLAINT; ORDER THERETO** |

Pursuant to Local Rule 144 of the United States District Court for the Eastern District of California, the Defendant the Secretary of the Army and the Department of the Army (collectively "Secretary"), and Plaintiff Roslyn McCoy, through their counsel, hereby enter into and submit the following stipulation.

**RECITALS**

1. On Friday, December 17, 2010, Plaintiff filed her Second Amended Complaint [D.E. 46].  Under Rules 6 and 12 of the Federal Rules of Civil Procedure, a response is due on or before January 4, 2010.

Stipulation for Extension of Time To Respond to Complaint    -1-

1    2.     The undersigned counsel for the Secretary has an appellate brief which must be filed on or before December 31, 2010 in *Yasin v. Coulter, et al.*, Appeal No. 10-15093.  He will also be engaged in pretrial matters and preparing for trial in *Pronechen v. Napolitano*, Case No. 2:06-cv-01726-LEW.  Trial is presently set to begin on January 18, 2011.

3.     The Secretary will not have sufficient time to respond to Plaintiff's Second Amended Complaint on or before January 4, 2011, due to lack of availability for the Secretary's counsel.

4      An additional forty-five (45) days should be adequate time to prepare a response to Plaintiff's Second Amended Complaint.

5.     Providing the Secretary additional time to respond does not affect any of the dates set forth in the Court's Status (Pretrial Scheduling) Order [D.E. 45].

**STIPULATION**

Based on the foregoing, the parties hereby stipulate that Defendant the Secretary of the Army shall have an additional days (45) days to respond to Plaintiff's Second Amended Complaint, with his response due on or before January 31, 2011.

IT IS SO STIPULATED.

BENJAMIN B. WAGNER
United States Attorney

Date: December 21, 2010            */s/ Todd A. Pickles*
                                    By: TODD A. PICKLES
                                    Assistant United States Attorney

                                    Attorneys for Secretary of the Army


Date: December 22, 2010            */s/ John Ota*
                                    By: JOHN OTA

                                    Attorney for Plaintiff

**ORDER**

This matter came before the Court on the parties' Stipulation For An Extension Of Time To File A Response To Plaintiff's Second Amended Complaint. For the reasons stated in the Stipulation and for good cause showing under Rule 12 of the Federal Rules of Civil Procedure, the Court ADOPTS the Stipulation and GRANTS the relief requested therein.

Accordingly, IT IS HEREBY ORDERED THAT:

The Secretary's response to Plaintiff's Second Amended Complaint is due on or before January 31, 2011. No dates as set forth in the Court's Status (Pretrial Scheduling) Order [D.E. 45] are altered or otherwise affected by this Order.

IT IS SO ORDERED.

Date: December 23, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT