UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROSLYN McCOY,

                                   NO. CIV. S-09-1973 LKK/CMK

       Plaintiff,

   v.

DEPARTMENT OF THE ARMY --
ARMY CORPS OF ENGINEERS and
HONORABLE JOHN McHUGH,
SECRETARY OF THE ARMY,                O R D E R
collectively,

       Defendants.
                                 /

       On December 17, 2010, plaintiff Roslyn G. McCoy ("plaintiff") filed a second amended complaint ("SAC"). Plaintiff brings three claims in her SAC: (1) employment discrimination based on disability; (2) retaliation; and (3) declaratory judgment. On January 28, 2011, defendant John McHugh, Secretary of the Army ("defendant") moved to dismiss plaintiffs' claim for a declaratory judgment. Plaintiff failed to file an opposition or statement of non-opposition to this motion, and instead filed a third amended complaint without first seeking leave of this court to do so. The third amended complaint removed the claim for a declaratory judgment. On February 18, 2011, the court ordered plaintiff to show

1

cause why sanctions should not issue for her failure to file an opposition or statement of non-opposition to the motion. The court also granted defendant's motion to strike the third amended complaint and instructed plaintiff to file a motion for leave to file an amended complaint no later than March 3, 2011. "Failure to do so will result in the court granting defendant's motion to dismiss . . . with prejudice." Plaintiff responded to the order to show cause, and the court subsequently sanctioned her counsel $150. Plaintiff has not moved for leave to file an amended complaint.

For the foregoing reasons, the court HEREBY ORDERS that plaintiff's claim for a declaratory judgment is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

DATED:  March 15, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2