BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900
todd.pickles@usdoj.gov

Attorneys for Secretary of the Army

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSLYN G. McCOY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HONORABLE JOHN M. McHUGH,<br>SECRETARY OF THE ARMY,<br><br>　　　　Defendant. | CASE NO.  2:09-CV-01973 LKK-CMK<br><br>**REQUEST AND ORDER TO FILE ERRATA TO EXHIBITS A-D OF DECLARATION OF SANDRA OLIVERAS** |

　　　　The Secretary of the Army respectfully requests that he be permitted to file an errata to correct Exhibits A-D of the Declaration of Sandra Oliveras, filed on April 8, 2011 [DE 67-5, 6].  Subsequent to the filing of the declaration, it was discovered that Exhibits A-D contained information that was required to have been redacted pursuant to Local Rule.  Further, Exhibit D also contains extraneous documents beyond those relating to Plaintiff's administrative complaint, which is the sole document that was intended to have been filed.  Accordingly, the Secretary hereby respectfully requests that the Court permit the filing of the attached corrected Exhibits A-D omitting such information, and that such information be substituted in the place of Exhibits A-D previously filed with the Court.  The undersigned takes responsibility and apologizes for this error and any inconvenience caused to the Court or the parties in this action.

Request and [Proposed] Order re Errata to Exhibits A-D of
Declaration of Sandra Oliveras

Respectfully submitted,

Dated: May 10, 2011

BENJAMIN B. WAGNER
United States Attorney

*/s/ Todd Pickles*
By: TODD PICKLES
Assistant U.S. Attorney

Attorneys for Secretary of the Army

## ORDER

For the reasons stated above, the Court GRANTS the Secretary's request to file the errata to Exhibits A-D to the Declaration of Sandra Olivares. The Secretary SHALL FILE the corrected exhibits within seven (7) days of the issuance of this order. The Clerk of Court is instructed to SEAL Doc. Nos. 67-5, 67-6.

IT IS SO ORDERED.

Dated: May 11, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT