UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROSLYN McCOY,

        Plaintiff,

    v.

DEPARTMENT OF THE ARMY --
ARMY CORPS OF ENGINEERS and
HONORABLE JOHN McHUGH,
SECRETARY OF THE ARMY,
collectively,

        Defendants.
_____/

NO. CIV. S-09-1973 LKK/CMK

O R D E R

On August 22, 2011, the parties filed a stipulation to continue the pretrial conference in this case. The pretrial conference is currently set for September 6, 2011, with pretrial statements due on August 23, 2011 and August 30, 2011. They have requested a four week continuation because plaintiff has recently substituted counsel, counsel for defendant is expecting the birth of a child, and the parties intend to engage in settlement discussions. The parties, however, request that the court not change the trial date set in this action.

Good cause found, the court modifies the scheduling order as follows:

1  (1) The pretrial conference in this case is continued to
2      October 3, 2011 at 3:00 p.m.
3  (2) At the pretrial conference, the court will determine if
4      the trial date in this case must also be continued.
5  IT IS SO ORDERED.
6  DATED: August 22, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2