BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
(916) 554-2700 Main
(916) 554-2900 Facsimile

Attorneys for the Secretary of the Army

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSLYN G. McCOY,<br><br>            Plaintiff,<br><br>    v.<br><br>HONORABLE JOHN M. McHUGH,<br><br>            Defendant. | CASE NO.  2:09-CV-01973 LKK-CMK<br><br>**STIPULATION TO CONTINUE DATE FOR HEARINGS ON MOTION *IN LIMINE* AND PLAINTIFF'S MOTION FOR RECONSIDERATION TO DECEMBER 19, 2011, AND TO MAINTAIN ALL OTHER DATES, INCLUDING TRIAL DATE; ORDER THERETO**<br><br>**[Fed.R.Civ.P.16]** |

Plaintiff Roslyn McCoy, and Defendant John M. McHugh, Secretary of the Army ("Secretary"), through their respective counsel, hereby respectfully submit the following stipulation and request to modify the pretrial schedule.

**RECITALS**

1      By Order signed October 7, 2011, this Court set the hearing on any motions *in limine* and for Plaintiff's Motion for Reconsideration of the Court's Order Granting In Part the Secretary's Motion for Summary Judgment for December 5, 2011 at 10:00 a.m..  The dates for filing the motions *in limine* are based on the hearing date of December 5, 2011.  The Court also set a trial date of March 20, 2012, and a settlement conference before Magistrate Judge Dale A. Drozd for January 12, 2012.

2.      Subsequent to the setting of these dates, on October 17, 2011, the Ninth Circuit Court of Appeals set oral argument in the case of *United States v. Tubbs*, No. 09-10149, for December 5, 2011 at

1  9:00 .a.m., in San Francisco, California.  The undersigned counsel for the Secretary is also counsel for
2  the United States in *Tubbs*, authored the answering brief, and will be presenting argument.

3    3.  Accordingly, counsel for the Secretary currently has an unforeseen scheduling conflict
4  for December 5, 2011.  To accommodate this conflict, Plaintiff's counsel have graciously agreed to
5  jointly request the Court continue the hearing date in this case to December 19, 2011, which is the next
6  available law and motion date on the Court's calendar.  The parties do not wish to change the trial date
7  or any other dates, and do not believe moving the hearing date will affect any further dates set by the
8  Court.

## STIPULATION AND REQUEST

Based on the foregoing, the parties hereby stipulate and request the following:

1. The hearing on any motions *in limine* as well as on Plaintiff's Motion for Reconsideration [DE 91], set for December 5, 2011 at 10:00 a.m., be continued to **December 19, 2011, at 10:00 a.m.**, and the dates for the submission of the parties' motions *in limine* be continued consistent with that date.

2. All other dates shall remain as set by the Court's October 7 Order.

IT IS SO STIPULATED.

BENJAMIN B. WAGNER
United States Attorney

Date: October 19, 2011      */s/ Todd A. Pickles*
                By: TODD A. PICKLES
                Assistant United States Attorney

                Attorneys for Secretary of the Army


EQUALITY LAWYERS

Date: October 19, 2011

                By:*/s/ Lawrence A. Organ*
                LAWRENCE A. ORGAN

                Attorneys for Plaintiff

Stipulation and [Proposed] Order          -2-

**ORDER**

This matter came before the Court on the parties' Stipulation To Continue The Hearing On Motions *in limine* and Plaintiff's Motion for Reconsideration to December 19, 2011, And To Maintain All Other Dates. For the reasons stated in the Stipulation and for good cause showing under Rule 16 of the Federal Rules of Civil Procedure, the Court ADOPTS the Stipulation and GRANTS the relief requested therein.

Accordingly,

IT IS HEREBY ORDERED THAT

1. The hearing on any motions *in limine* as well as on Plaintiff's Motion for Reconsideration [DE 91] IS CONTINUED TO **December 19, 2011, at 10:00 a.m.**, with the dates for the submission of the parties' motions *in limine* based on a hearing on December 19, 2011.

2. All other dates shall remain as set by the Court's October 7 Order.

IT IS SO ORDERED.


Date: October 21, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT