LAWRENCE A. ORGAN (SBN 175503)
BARBARA E. FIGARI (SBN 251942)
**EQUALITY LAWYERS LLP**
407 San Anselmo Avenue, Suite 201
San Anselmo, CA 94960
T. 415.453.4740
F. 415.963.4301
larry@equalitylawyers.com
barbara@equalitylawyers.com

John Ota (SBN 195532)
LAW OFFICES OF JOHN OTA
1720 Broadway
Alameda, CA  94501
T. 510.521.7047
johnota@sbcglobal.net

Attorneys for Plaintiff ROSLYN G. MCCOY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

| | |
|---|---|
| ROSLYN G. McCOY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JOHN MCHUGH, SECRETARY OF THE ARMY, collectively,<br><br><br>　　　　Defendants. | CASE NO:  2:09-CV-01973 LKK-CMK<br><br>**ORDER RE PLAINTIFF'S UNOPPOSED REQUEST TO CONTINUE TRIAL** |

**ORDER**

This matter came before the Court on Plaintiff's Unopposed Request to Continue the Trial Date to June 26, 2012.  For the reasons stated in the Unopposed Request and for good cause showing under Rule 16 of the Federal Rules of Civil Procedure, the Court GRANTS the relief requested therein.

Accordingly,

IT IS HEREBY ORDERED THAT

1. The trial is CONTINUED TO May 15, 2012 at 10:30 a.m., with all other dates to be based on the new trial date.

IT IS SO ORDERED.

Date:  February 13, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT