LAWRENCE A. ORGAN (SBN 175503)
BARBARA E. FIGARI (SBN 251942)
**EQUALITY LAWYERS LLP**
407 San Anselmo Avenue, Suite 201
San Anselmo, CA 94960
T. 415.453.4740
F. 415.963.4301
larry@equalitylawyers.com
barbara@equalitylawyers.com

John Ota (SBN 195532)
LAW OFFICES OF JOHN OTA
1720 Broadway
Alameda, CA  94501
T. 510.521.7047
johnota@sbcglobal.net

Attorneys for Plaintiff ROSLYN G. MCCOY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

| | |
|---|---|
| ROSLYN G. McCOY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JOHN MCHUGH, SECRETARY OF THE ARMY, collectively,<br><br>　　　　Defendants. | CASE NO:  2:09-CV-01973 LKK-CMK<br><br>**ORDER RE PLAINTIFF'S UNOPPOSED REQUEST TO CONTINUE TRIAL** |

**ORDER**

1   
2     This matter came before the Court on Plaintiff's Unopposed Request to Continue the
3  Trial Date to June 26, 2012.  For the reasons stated in the Unopposed Request and for good cause
4  showing under Rule 16 of the Federal Rules of Civil Procedure, the Court GRANTS the relief
5  requested therein.
6     Accordingly,
7     IT IS HEREBY ORDERED THAT
8  1.  The trial is CONTINUED TO May 15, 2012 at 10:30 a.m., with all other dates to be
9      based on the new trial date.
10    IT IS SO ORDERED.
11 Date:  February 13, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT