BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
LYNN TRINKA ERNCE
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for the Secretary of the Army

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSYLN McCOY,<br><br>                        Plaintiff,<br><br>v.<br><br>HONORABLE JOHN M. McHUGH,<br>Secretary of the Army,<br><br>                        Defendant. | CASE NO.  2:09-CV-01973 LKK-CMK<br><br>**PARTIES' JOINT REQUEST FOR FURTHER SETTLEMENT CONFERENCE; ORDER**<br><br>Trial:  May 14, 2012 |

## **JOINT REQUEST**

The parties have met and conferred with respect to a further settlement conference in this matter, and agree that further settlement discussions are appropriate at this time.  With the consent of counsel for Plaintiff, counsel for the Secretary has contacted the chambers of the Honorable Dale A. Drozd, who presided over the previous settlement conference, and has been informed that the Court is available for a settlement conference on April 2, 2012, which is also available for counsel for the parties.  Magistrate Judge Drozd has informed the parties that the conference will be limited to no more than three hours, and both parties agree with that limitation.  Accordingly, the parties hereby jointly request that this matter be set for a further settlement conference before Magistrate Judge Drozd on April 2, 2012 at a time to be set by the Court.

Joint Request for Further Settlement Conference

1

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 | Dated: March 22, 2012 | BENJAMIN B. WAGNER<br>United States Attorney |
| 4 | By: | /s/ Todd A. Pickles<br>TODD A. PICKLES<br>Assistant U.S. Attorney |
| 6 |  | Attorneys for the Secretary of the Army |
| 7 | Dated: March 22, 2012 | EQUALITY LAWYERS |
| 8 | By: | /s/ Barbara Figari<br>LARRY ORGAN<br>BARBARA FIGARI |
| 10 |  | Attorneys for Plaintiff |

## ORDER

This matter came before the Court on the Parties' Joint Request for Further Settlement Conference. For good cause showing, the Court hereby SETS the matter for a Further Settlement Conference on April 2, 2012 before the Honorable Dale A. Drozd. The Court shall issue a minute order setting the time of the further settlement conference. Because the parties have already submitted settlement conference statements, they are not required to submit additional statements but are permitted to do so.

IT IS SO ORDERED.

DATED: March 22, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Joint Request for Further Settlement Conference

2