BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
LYNN TRINKA ERNCE
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for the Secretary of the Army

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSYLN McCOY,<br><br>               Plaintiff,<br><br>v.<br><br>HONORABLE JOHN M. McHUGH,<br>Secretary of the Army,<br><br>               Defendant. | CASE NO.  2:09-CV-01973 LKK-CMK<br><br>**REQUST FOR 30-DAY EXTENSION OF TIME TO FILE SETTLEMENT AGREEMENT AND DISMISSAL DOCUMENTS; ORDER** |

      On April 2, 2012, the parties reached a settlement resolving the above-captioned matter after a settlement conference with the Honorable Dale A. Drozd, and the Court ordered that settlement agreement and dismissal documents were to be filed within seventy-five days of that date, which is Saturday, June 16, 2012.  Thereafter, the parties executed a written settlement agreement.  The Secretary, through the Army Corps of Engineers, has been working to complete its obligations under the settlement agreement.  Unfortunately, despite due diligence, those items have not yet been completed.  The Secretary, through the undersigned, has informed Plaintiff's counsel about this unfortunate situation and that the Secretary would be seeking a 30-day extension of time to complete the process.  Plaintiff, graciously, does not oppose the Secretary's request.  The Secretary apologizes to the Plaintiff, her counsel, and the Court with respect to any inconvenience caused by this situation.

Wherefore, for the reasons stated above, the Secretary respectfully requests that the Secretary be granted a thirty-day extension of time to file the settlement agreement and dismissal documents in this matter.

Respectfully submitted,

Dated: June 15, 2012

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Todd A. Pickles
TODD A. PICKLES
Assistant U.S. Attorney

## ORDER

This matter came before the Court on the Secretary of the Army's Request a 30-Day Extension to File Settlement Agreement and Dismissal Documents. For good cause showing, the Court hereby grants the extension. The Secretary shall file the settlement and dismissal documents in this case by thirty days of the date of this Order.

IT IS SO ORDERED.

Dated: June 18, 2012

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.civil\mccoy1973.stip.eot.docx